443 A.2d 370

Commonwealth v. Fedalen, Appellant.

564

■■■■■■■■■

Submitted February 24, 1981. John Mercuri, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence imposed on June 12, 1980, and the denial on July 1, 1980, of the petition to withdraw the guilty plea, are affirmed.

SPAETH, J., concurred in the result.